AO 442 (Rev. 11/11) Arrest Warrant

**UNSEALED**  **ISSUED**  **FILED DEC 03 2018** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

United States of America
v.
DAVID MARTINEZ

Case No. 1:18-MJ-00202 EPG

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID MARTINEZ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC §§ 841 (a)(1) and 846 - Conspiracy to possess with intent to distribute methamphetamine a Schedule II controlled substance.

Date: 11/29/18

*Issuing officer's signature*

City and state:   Fresno, CA

US Magistrate Judge Erica P. Grosjean
*Printed name and title*

### Return

This warrant was received on *(date)* 11-28-18, and the person was arrested on *(date)* 11-28-18
at *(city and state)* Salt Lake City, UT.

Date: 12-3-18

DEA arrest
*Arresting officer's signature*

*Printed name and title*

1074772