**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
DAVID MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.  1:18-CR-00252-JLT-SKO** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY DEFENDANT MARINEZ'S CONDITION OF RELEASE 7(g)** |
| DAVID MARTINEZ, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND STEPHANIE STOCKMAN, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, DAVID MARTINEZ, by and through his attorney of record, MONICA L. BERMUDEZ, and at the request of Pretrial Services, hereby moves that the court to remove condition 7(g), which currently reads the defendant must: "submit to drug and/or alcohol testing as approved by the PSO. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer.

 Mr. Martinez has been under Pretrial Services supervision for approximately three years without a positive drug test. Mr. Martinez's physical health has rapidly declined over the past year. Most recently, he had to undergo amputation of his toes due to diabetes complications and he has

kidney failure which requires him to receive dialysis three times per week.

The parties stipulate that Mr. Martinez's drug testing requirements be removed and that all remaining conditions of his release should remain in effect. AUSA Stephanie Stockman and Pretrial Services Officer Jessica McConville are aware of the request and have no objection.

**IT IS SO STIPULATED.**

DATED: February 3, 2022

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
David Martinez

DATED: February 3, 2022

*/s/ Stephanie Stockman*
Stephanie Stockman
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that David Martinez's drug testing requirement under condition 7(g) be removed; however, Mr. Martinez must abide by all remaining conditions of his release.

IT IS SO ORDERED.

Dated:   **February 7, 2022**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2