PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID MARTINEZ,<br><br>            Defendant. | CASE NO. 1:18-CR-00252-JLT<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter as to defendant David Martinez only, as a result of the government's knowledge that Mr. Martinez is now deceased.

Dated: August 9, 2022              PHILLIP A. TALBERT
                                   United States Attorney

                              By:  */s/ STEPHANIE M. STOKMAN*
                                   STEPHANIE M. STOKMAN
                                   Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **August 9, 2022**                    _____
                                               UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS AND PROPOSED ORDER